﻿Citation Nr: AXXXXXXXX
Decision Date: 12/17/18 Archive Date: 12/17/18

DOCKET NO. 180823-126
DATE: December 17, 2018
REMANDED
The issue of entitlement to a compensable evaluation for a bilateral hearing loss disability from July 27, 2009, until August 1, 2018, is remanded.
The issue of entitlement to a total disability evaluation based upon individual unemployability (TDIU) from July 27, 2009, until February 13, 2013, is remanded.
REASONS FOR REMAND
The Veteran served on active duty from September 1962 to March 1963. 
This matter comes before the Board of Veterans’ Appeals (Board) on appeal from an August 1, 2018, rating decision of a Department of Veterans Affairs (VA) Regional Office (RO).
On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Veteran chose to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. This decision has been written consistent with the new AMA framework.
1. The issue of entitlement to a compensable evaluation for a bilateral hearing loss disability from July 27, 2009, until August 1, 2018, is remanded.
Review of the treatment records associated with the claims file prior to the August 2018 rating decision reveals records that were scanned into Vista Imaging. It is unclear whether these records have been associated with the claims file. In addition, there are several VA treatment records that suggest audiology threshold testing was conducted. The results of any such testing have not been reported. On remand, attempts should be made to obtain and associate with the claims file any outstanding VA audiology treatment records with particular emphasis on treatment records scanned into Vista Imaging on September 22, 2009, September 10, 2010, June 28, 2014, June 12, 2017, and January 30, 2018. Additionally, any audiological threshold testing performed on April 23, 2010, August 1, 2013, September 16, 2013, October 8, 2014, May 10, 2017, and June 12, 2017, should be reported as an audiogram or by individual frequency with accompanying speech recognition tests. 38 C.F.R. § 3.159; McLendon v. Nicholson, 20 Vet. App. 79 (2006).
2. The issue of entitlement to a TDIU from July 27, 2009, until February 13, 2013, is remanded.
The Veteran has been awarded a TDIU beginning February 13, 2013. Prior to February 13, 2013, the Veteran’s service-connected disabilities do not meet the schedular requirements for a TDIU under 38 C.F.R. § 4.16(a). However, the Veteran asserts that he was unable to work prior to February 13, 2013, as well as after that date. The Veteran’s claim for a TDIU is being remanded and referred to VA’s Director of Compensation Service for extraschedular consideration.
The matters are REMANDED for the following action:
1. Attempt to obtain and associate with the claims file outstanding VA audiology treatment records, and treatment records scanned into Vista Imaging on September 22, 2009, September 10, 2010, June 28, 2014, June 12, 2017, and January 30, 2018. Additionally, any audiological threshold testing performed on April 23, 2010, August 1, 2013, September 16, 2013, October 8, 2014, May 10, 2017, and June 12, 2017, should be reported as an audiogram or by individual frequency with accompanying speech recognition tests and associated with the claims file. Any additional pertinent records identified by the appellant during the course of the remand should also be obtained, following the receipt of any necessary authorizations from the appellant, and associated with the claims file.
2. Refer the Veteran’s claim for TDIU to VA’s Director of Compensation Service for extraschedular consideration.
 
D. Martz Ames
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD A. Rocktashel, Counsel